# SPECTOR GADON & ROSEN, P.C.
## ATTORNEYS AT LAW

NEW JERSEY OFFICE:
10000 LINCOLN DRIVE EAST
ONE GREENTREE CENTRE
SUITE 201
MARLTON, NJ 08053
[856] 778-8100

NEW YORK OFFICE:
ONE PENN PLAZA
36TH FLOOR
NEW YORK, NY 10119
[212] 786-7394

E-MAIL: heichenbaum@lawsgr.com

SEVEN PENN CENTER
1635 MARKET STREET
SEVENTH FLOOR
PHILADELPHIA, PENNSYLVANIA 19103
[215] 241-8888
FAX: [215] 241-8844
WWW.LAWSGR.COM

FLORIDA OFFICE:
360 CENTRAL AVENUE
SUITE 1550
ST. PETERSBURG, FL 33701
[727] 896-4600
FAX: [727] 896-4604

*Heather M. Eichenbaum*
DIRECT DIAL NUMBER
[215] 241-8856

DIRECT FAX NUMBER
[215] 531-9129

September 24, 2012

FILED
SCRANTON
SEP 27 2012
PER _____
DEPUTY CLERK

The Honorable Robert D. Mariani
United States District Court
 for the Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Ave.
P.O. Box 1148
Scranton, PA 18501

Re: Perez v. Great Wolf Lodge of the Poconos, LLC / Great Wolf Lodge, Inc.
Civil Action Case No.: 3:12-cv-1322 (MD Pa)
Our File No.: 45130-051

Dear Judge Mariani:

Please be advised that we represent Great Wolf Resorts, Inc. ("Great Wolf") and Great Wolf Lodge of the Poconos, LLC, the defendants in the above-referenced matter. Defendants recently filed their Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. Although not required by the plain language of Rule 7.1, we write separately to inform the Court that certain investment funds affiliated with Apollo Global Management, LLC ("AGM") indirectly own approximately 99% of K-9 Holdings, Inc., which in turn owns 100% of Great Wolf's common stock. AGM's Class A Shares are publicly traded on the New York Stock Exchange (NYSE: APO).

Thank you, Your Honor, for your attention to this matter. Should there be any questions concerning the above, we will be happy to address same at any time.

Respectfully submitted,

HEATHER M. EICHENBAUM

HME:ns

cc: John R. Lenahan, Esquire

1477126_1



Heather M. Eichenbaum, Esquire
Spector Gadon & Rosen, PC
1635 Market Street, 7th Floor
Philadelphia, PA 19103

SEP 27 2012

PER _____ DEPUTY CLERK

The Honorable Robert D. Mariani
United States District Court
for the Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 N. Washington Avenue, P.O. Box 1148
Scranton, PA 18501