**John R. Lenahan, Jr.**
Email:JRL@LenahanDempsey.com

*Certified Civil Advocate by
National Board of Trial Advocacy,
A Pennsylvania Supreme Court Accredited Agency*

**Please reply to Scranton Office**



Lenahan & Dempsey Professional Building
Suite 400
116 North Washington Avenue
P.O. Box 234
Scranton, Pennsylvania 18501-0234
(570) 346-2097
Fax: (570) 346-1174

Toll-Free: (888) 536-2426
www.LenahanDempsey.com

August 30, 2013

*Via Electronic Filing*

Honorable Robert D. Mariani
United States District Court
for the Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 30
Scranton, Pennsylvania 18501

    **RE:**    **Brian Perez and Jennifer Perez, His Wife v. Great Wolf Lodge of the Poconos, LLC et al.**
           **Docket No.:   3:12-CV-01322**
           **Our File No.:  27488**

Dear Judge Mariani:

    In anticipation of the September 4, 2013 discovery conference with regard to Plaintiffs' pending Motion to Compel, in an attempt to narrow the issues for the Court's consideration, Plaintiffs are submitting the attached Supplemental Memorandum, together with a proposed Order.   So as to save the Court time in reviewing the prior briefs filed in this matter, the Supplemental Memorandum outlines the only remaining issues which are the subject of the pending Motion.

    Thank you.

                              Sincerely yours,

                              LENAHAN & DEMPSEY, P.C.

                              /s/ John R. Lenahan Jr.

                              John R. Lenahan, Jr., Esquire

    JRL:csl
    Enclosure
    cc:  Harry Coleman

---