LAW OFFICE OF
# HARRY T. COLEMAN, ESQUIRE
41 N. Main Street
3rd Floor, Suite 316
Carbondale, PA 18407
email: Harry@HarryColemanLaw.com
phone: (570) 282-7440 fax: (570) 282-7606

September 3, 2013

*Via ECF*
Honorable Robert D. Mariani
United States District Court, Middle District of Pennsylvania
William J. Nealon Federal Building
235 North Washington Avenue
Scranton, PA   18501

    Re:    *Perez v. Great Wolf Resorts Inc. & Great Wolf Lodge of the Poconos LLC*
            *United States District Court Number:   3:12-cv-1322*
            *Our File Number:   12989*

Dear Judge Mariani:

    Your Honor has set a conference call for Wednesday, September 4, 2013 at 1:30 pm in regard to the long pending Motion to Compel filed by Plaintiff's counsel.

    The Purpose of this correspondence is to respectfully request that the Court conduct the conference in Your Honor's Courtroom as I believe more will be achieved in that manner at opposed to trying to address the issues telephonically.   I can state without hesitation, that the same amount of time will be utilized regardless of the vehicle but having had prior telephone conferences, it is my strong belief that having counsel in your Courtroom will make the issues clearer for the Court and hopefully end this long-standing suit.

    Thank you for your consideration to this request.

                                                                     Very truly yours,

                                                                       Harry T. Coleman, Esquire

HTC:mm
cc:    John R. Lenahan, Esquire *(Via ECF)*