UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN PEREZ and JENNIFER PEREZ<br><br>Plaintiffs,<br><br>vs.<br><br>GREAT WOLF LODGE OF THE POCONOS, LLC, and GREAT WOLF RESORTS, INC.,<br><br>Defendants. | Civil Action – Law<br><br>Honorable Robert D. Mariani<br><br>No.: 3:12-cv-1322 |

JOINT MOTION FOLLOWING REPORTS AND RECCOMENDATIONS BY MAGISTRATE JUDGE FOR ENLARGEMENT
OF CASE MANAGEMENT DEADLINES

***AND NOW***, the Plaintiffs, Brian Perez and Jennifer Perez and the Defendants, Great Wolf Lodge of the Poconos LLC and Great Wolf Resorts, Inc., by and through undersigned counsel, hereby seeks entry of a Case Management Order and in support thereof jointly submit the following:

1. The instant personal injury action was commenced on July 9, 2012. (Doc. 1).

2. On June 15, 2015, a Report and Recommendation (Doc. 134) issued from Magistrate Judge Martin C. Carlson on the Plaintiff's Motion for Sanctions (Doc. 76). Objections to the Report and Recommendation must

be filed by July 2, 2015.

3.  No Objections will be filed to the Report and Recommendation by any party.

4.  On July 16, 2015, a Report and Recommendation (Doc. 135) issued from Magistrate Judge Martin C. Carlson on Plaintiff's Motion to Amend the Complaint (Doc. 37).   Objections to the Report and Recommendation must be filed by July 6, 2015.

5.  No Objections will be filed to the Report and Recommendation by any party.

6.  Following entry of an Order adopting the Reports and Recommendations of Magistrate Judge Carlson by this Court, the Plaintiffs will file an Amended Complaint.

7.  Following entry of an Order adopting the Reports and Recommendations of Magistrate Judge Carlson by this Court, the Defendants will withdraw the pending Motion for Summary Judgment (Doc. 66).

8.  The parties jointly request that following the entry of an Order by this Court adopting the Reports and Recommendations, they be afforded a period of seventy-five (75) days to complete discovery and file the requisite pleadings, motions and briefs necessary to posture the matter for disposition

by this Court of the summary judgment motion. The parties may also provide any additional supplemental expert reports.

9. It is further submitted by the parties that following the expiration of seventy-five (75) days, should this Court, or any party, deem a teleconference appropriate for any reason, all parties will be available for same.

10. It is respectfully jointly requested that the Court enter the attached Order consistent with the within motion.

Dated:   July 1, 2014

                                      Respectfully submitted,

                                      LENAHAN AND DEMPSEY,

                                      BY:   /s/ John R. Lenahan, Jr., Esquire
                                                       Lenahan & Dempsey
                                                       Kane Building
                                                       116 North Washington Avenue
                                                       Suite 400
                                                       P.O. Box 234
                                                       Scranton, Pa 18503-0234
                                                       (570) 346-2097 (phone)
                                                       (570) 346-1174 (facsimile)
                                                       jrl@lenahananddempsey.com

        Respectfully submitted

        LAW OFFICE OF HARRY T. COLEMAN

BY:    /s/ Harry T. Coleman
        Harry T. Coleman, Esquire
        Law Offices of Harry T. Coleman
        41 N. Main Street
        3rd Floor, Suite 316
        Carbondale, PA   18407
        *Attorney for Defendants*
        (570) 282-7440 (phone)
        (570) 282-7606 (facsimile)
        harry@harrycolemanlaw.com