UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN PEREZ and JENNIFER PEREZ<br><br>Plaintiffs,<br><br>vs.<br><br>GREAT WOLF LODGE OF THE POCONOS, LLC, and GREAT WOLF RESORTS, INC.,<br><br>Defendants. | Honorable Robert D. Mariani<br><br>No.: 3:12-cv-1322 |

## **CERTIFICATE OF CONCURRENCE**

I hereby certify that I have had contact with Plaintiffs' counsel, John R. Lenahan, Jr. and Christine Lezinski, Esquire and they concur in the within Motion.

Dated:   July 1, 2015

                          Respectfully submitted,

                          LAW OFFICE OF HARRY T. COLEMAN

                          BY:    /s/ Harry T. Coleman
                                    Harry T. Coleman, Esquire
                                    41 N. Main Street
                                    3rd Floor, Suite 316
                                    Carbondale, PA   18407
                                    570-282-7440
                                    570-282-7606, fax
                                    [Harry@HarryColemanLaw.Com](mailto:Harry@HarryColemanLaw.Com)
                                    *Attorney for Defendants*