UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN PEREZ and JENNIFER PEREZ<br><br>Plaintiffs,<br><br>vs.<br><br>GREAT WOLF LODGE OF THE POCONOS, LLC, and GREAT WOLF RESORTS, INC.,<br><br>Defendants. | Honorable Robert D. Mariani<br><br>No.: 3:12-cv-1322 |

### *ORDER*

**AND NOW** on this _____ day of July, 2015, upon consideration of the Concurred In Motion for Enlargement of Case Management Deadlines, it is hereby ORDERED that said Motion is GRANTED and this Court's Case Management Order of November 12, 2013 is hereby amended as follows:

1. The Plaintiffs shall file an Amended Complaint within five days of this Order;

2. The Defendants Motion for Summary Judgment (Doc. 66) filed February 13, 2014 is hereby deemed withdrawn with permission to re-file same.

3. The parties are afforded a period of seventy five days from the date of this Order to conclude discovery, file all appropriate pleadings,

dispositive motions and supporting documentation. The parties may provide supplemental expert reports.

It is so ORDERED.

BY THE COURT:

_____, J.
HONORABLE ROBERT D. MARIANI