# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN and JENNIFER PEREZ | : |
| Plaintiffs, | : |
| v. | : 3:12-CV-1322 |
| | : (JUDGE MARIANI) |
| GREAT WOLF LODGE OF THE POCONOS, LLC and GREAT WOLF RESORTS, INC. | : |
| Defendants. | : |

## ORDER

The background of this Order is as follows.

On November 12, 2014, the above-captioned case was referred to Magistrate Judge Carlson for the preparation of Reports and Recommendations ("R&R") on several pending motions, including Plaintiffs' Motion for Sanctions (Doc. 76) and Plaintiffs' Motion for Leave to Amend Complaint (Doc. 37). The Magistrate Judge issued R&Rs as to these two motions on June 15 and June 16, 2015, respectively (Docs. 134, 135). In a joint motion filed on July 1, 2015, the parties requested an enlargement of case management deadlines and informed the Court that no objections would be filed to either R&R. (Doc. 136, ¶¶ 3, 5).

**AND NOW, THIS 2ND DAY OF JULY, 2015,** upon review of Magistrate Judge Carlson's R&Rs (Docs. 134, 135) for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The Report & Recommendation (Doc. 134) is **ADOPTED** for the reasons stated therein. However, the Court declines to express any opinion as to whether "some sanction may be necessary and appropriate in this case" (Doc. 134, at 12) and leaves that question for another time, should the issue arise.

2. Plaintiffs' Motion for Sanctions (Doc. 76) is **DENIED**.

3. The Report & Recommendation (Doc. 135) is **ADOPTED** for the reasons stated therein.

4. Plaintiffs' Motion for Leave to Amend Complaint (Doc. 37) is **GRANTED** and all further proceedings shall be conducted on the basis of the amended complaint.

5. Defendants shall withdraw their motion for summary judgment (Doc. 66) with leave to re-file a new motion for summary judgment at an appropriate time in the future.

Robert D. Mariani
United States District Judge