UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN PEREZ and JENNIFER PEREZ  Plaintiffs,  vs.  GREAT WOLF LODGE OF THE POCONOS, LLC, and GREAT WOLF RESORTS, INC.,  Defendants. | JURY TRIAL DEMANDED  CIVIL ACTION - LAW  Honorable Robert D. Mariani  No.: 3:12-cv-1322 |

## CERTIFICATE OF SERVICE

AND NOW, this 6th day of July, 2015, I, John R. Lenahan, Jr. of Lenahan & Dempsey, P.C., hereby certify that I, this day, served the Plaintiffs' Amended Complaint by electronic filing the same to the parties or attorneys of record as follows:

Harry Coleman, Esq.
Law Office of Harry Coleman
41 North Main Street, Suite 316
Carbondale, PA  18407

                                        LENAHAN & DEMPSEY, P.C.

                                        /s/John R. Lenahan, Jr.
                                        John R. Lenahan, Jr., Esquire