# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN PEREZ and JENNIFER PEREZ

    Plaintiffs,

v.

GREAT WOLF LODGE
OF THE POCONOS LLC, and
GREAT WOLF RESORTS, INC.

    Defendants.

3:12-CV-01322
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 26th DAY OF JULY, 2016, upon consideration of Defendants' Motion For Summary Judgment, (Doc. 147), and all accompanying briefs and exhibits filed in support and in opposition to the motion, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion For Summary Judgment is **DENIED** in its entirety.

2. A telephone scheduling conference **SHALL BE CONDUCTED** on **Friday August 12, 2016, at 11:30 a.m.** for purposes of scheduling this matter for trial. Counsel for the Plaintiffs is responsible for arranging the call to Chambers at (570) 207-5750 and all participants should be prepared to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge