THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN PEREZ and JENNIFER PEREZ :
:
    Plaintiffs, :
v. : 3:12-CV-01322
: (JUDGE MARIANI)
GREAT WOLF LODGE :
OF THE POCONOS LLC, and :
GREAT WOLF RESORTS, INC. :
:
    Defendants. :

## ORDER

AND NOW, THIS 26th DAY OF JULY, 2016, upon consideration of Defendants' Motion to Strike and Objections to Plaintiffs' Responses to Statement of Material Facts in Support of Motion for Summary Judgment, (Doc. 164), and all documents filed in support and in opposition to the motion, **IT IS HEREBY ORDERED THAT**: Defendants' motion is **GRANTED in part and DENIED in part** as reflected in the Court's memorandum opinion denying Defendants' Motion For Summary Judgment.

                                                  Robert D. Mariani
                                                United States District Judge