THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN PEREZ and JENNIFER PEREZ :
:
Plaintiffs, :
v. : 3:12-CV-01322
: (JUDGE MARIANI)
GREAT WOLF LODGE :
OF THE POCONOS LLC, and :
GREAT WOLF RESORTS, INC. :
:
Defendants. :

## ORDER

AND NOW, THIS 26th DAY OF JULY, 2016, upon consideration of Defendants' Supplemental Motion in Limine, (Doc. 126), and all documents filed in support and in opposition to the motion, **IT IS HEREBY ORDERED THAT**: Defendants' motion is **DENIED WITHOUT PREJUDICE.**

Robert D. Mariani
United States District Judge