# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN PEREZ and JENNIFER PEREZ :

      Plaintiffs,

v.                         :        3:12-CV-01322
                            :        (JUDGE MARIANI)

GREAT WOLF LODGE
OF THE POCONOS LLC, and
GREAT WOLF RESORTS, INC.

      Defendants.

## ORDER

AND NOW, THIS 31st DAY OF JANUARY, 2017, upon consideration of Plaintiffs' Motion to Preclude/Strike Use of Surveillance Discovery and/or Motion for Sanctions, (Doc. 197), and all documents filed in support and in opposition to the motion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Motion, (Doc. 197), is **GRANTED in part and DENIED in part** as reflected in the Court's accompanying memorandum opinion.

2. Defendants' investigator Mr. Colgan shall be precluded from testifying with respect to his personal observations of Plaintiffs and may only testify to authenticate the video surveillance of Plaintiffs.

3. Defendants shall pay Plaintiffs' attorneys fees and costs incurred as a result of bringing this motion.

4. Plaintiffs shall have **fourteen (14) days** from the date of this order to submit an itemization of their fees and costs and Defendants shall thereafter have **fourteen (14) days** to raise any objections to Plaintiffs' fees and costs.

                                       Robert D. Mariani
                                       United States District Judge