THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN PEREZ and JENNIFER PEREZ :
:
Plaintiffs, :
v. : 3:12-CV-01322
: (JUDGE MARIANI)
GREAT WOLF LODGE :
OF THE POCONOS LLC, and :
GREAT WOLF RESORTS, INC. :
:
Defendants. :

## ORDER

AND NOW, THIS 9th DAY OF FEBRUARY, 2017, upon consideration of Defendants' Motion to Extend Case Management Deadlines, Defendants' Motion to Compel and all documents filed in support and in opposition to the Motions, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion to Extend Case Management Deadlines, (Doc. 236), is **DENIED**.

2. Defendants' Motion to Compel, (Doc. 243), is **DENIED**.

Robert D. Mariani
United States District Judge